THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACY GERGI, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-5138 |
| ) | |
| WOODY BUICK-GMC, INC., an Illinois ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, TRACY GERGI, by and through her attorneys, S.T. LEGAL GROUP, who for her Complaint against Defendant, WOODY BUICK-GMC, INC., an Illinois corporation, alleges and states as follows:

### NATURE OF ACTION

1. This lawsuit arises under The Age Discrimination in Employment Act of 1967 for discrimination based on age (over 40).

### JURISDICTION

2. Federal jurisdiction arises under the provisions of The Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et. seq*. and federal question jurisdiction under 28 U.S.C. § 1331 and § 1343.

### VENUE

3. Pursuant to 29 U.S.C. § 1391, venue lies in the Northern District of Illinois in that Plaintiff is a resident in this District and the Defendant is a corporation doing business in this District.

### PARTIES

4. At all relevant times, the Plaintiff, TRACY GERGI, was a resident of Warrenville, State of Illinois.

5. At all relevant times, the Defendant, WOODY BUICK GMC, INC., (hereinafter "WOODY BUICK") was a corporation duly organized under the laws of the State of Illinois with its principal place of business in Naperville, State of Illinois.

## BACKGROUND

6. In or around 1996, Plaintiff, TRACY GERGI, began her employment with Village Buick-GMC, Inc. In or around March 2013 Defendant, changed their name to WOODY BUICK GMC, Inc.

7. In or around the fall of 2019, new management took over, Defendant, WOODY BUICK, and Jerry Roberts became the General Manager.

8. On January 20, 2021, Plaintiff, TRACY GERGI, was informed by Defendant, WOODY BUICK, that she was terminated without warning by letter stating multiple reasons for the termination.

9. The claims made by the general manager, Jerry Roberts, in the termination letter were without merit and are nothing more than pretext.

10. Plaintiff, TRACY GERGI, was replaced by a woman twenty years younger than she was at the time of her termination.

11. On or about June 14, 2021, Plaintiff, TRACY GERGI, filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") against Defendant, WOODY BUICK.

12. On August 26, 2022, the EEOC issued a Right to Sue Letter, which granted the Plaintiff, TRACY GERGI, ninety (90) days to file suit. A copy of said Right to Sue is attached hereto as <u>Exhibit 1.</u>

**COUNT I- Violation of The Age Discrimination in Employment Act**

13. The Plaintiff, TRACY GERGI, realleges and incorporates paragraphs 1 through 12 as if fully set forth herein as paragraph 13.

14. At all relevant times, there was in effect The Age Discrimination in Employment Act of 1967 (hereinafter "ADEA"). 29 U.S.C. § 621, *et. seq*.

15. During the course of employment, the Plaintiff, TRACY GERGI, was an "employee" as defined by the ADEA.

16. During the course of employment, the Defendant, WOODY BUICK, was an "employer" as that term is defined by the ADEA.

17. At all relevant times, the Plaintiff, TRACY GERGI, was a protected individual under the ADEA, in that she was over forty (40) years of age.

18. During her employment, the Plaintiff, TRACY GERGI, was treated less favorably than similarly situated employees under forty (40) years of age.

19. Specifically, upon information and belief, Plaintiff TRACY GERGI after her termination Defendant, WOODY BUICK, filled her position with an individual who was under the age of forty (40).

20. In addition, during the term of her employment, the Plaintiff, TRACY GERGI, observed that other employees of the Defendant, WOODY BUICK, over forty (40) years of age were treated less favorably than those employees under forty (40) years of age with regard to promotion, disciplinary action, and termination.

21. The Defendant, WOODY BUICK, engaged in a pattern of conduct whereby their employees over age 40 were terminated and replaced by individuals under age of forty (40), and/or their employees over the age of forty (40) were treated less favorably than younger employees.

22. While the Plaintiff, TRACY GERGI, was employed by the Defendant, WOODY BUICK, she satisfactorily performed her duties.

23. On or about January 1, 2021, the Defendant, WOODY BUICK, terminated the Plaintiff, TRACY GERGI's, employment.

24. Pursuant to the ADEA, it is unlawful for an employer to discharge or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age. 29 U.S.C. § 623(a).

25. In violation of the Age Discrimination in Employment Act, the Defendant, WOODY BUICK, committed one or more of the following actions:

    a. Terminated the Plaintiff on the basis of her age;

    b. Discriminated against the Plaintiff on the basis of her age;

    c. Was otherwise in violation of the Age Discrimination in Employment Act;

26. As a result of the discriminatory and retaliatory conduct of the Defendant, WOODY BUICK, the Plaintiff, TRACY GERGI, has sustained the following and ongoing damages:

    a. Loss of wages, benefits, and income from the time of her termination and ongoing;

    b. Humiliation, embarrassment, and emotional distress damages and ongoing;

    c. Attorneys' fees and costs for the prosecution of this action and ongoing;

d.  Prejudgment interest; and

e.  Other losses to be determined.

WHEREFORE, the Plaintiff, TRACY GERGI, prays for judgment against the Defendant, WOODY BUICK-GMC, INC., plus her costs of suit and attorneys' fees.

## JURY DEMAND

A Jury Trial is requested on all claims triable by a jury.

Respectfully Submitted,

_____
Diana C. Servos
Attorney for the Plaintiff

DIANA C. SERVOS (4994471)
S.T. Legal Group
1020 Milwaukee Avenue, Suite 335
Deerfield, Illinois 60015
(847) 654-9200
dservos@stlegalgroup.com

# **EXHIBIT 1:** Notice of Suit Rights

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Tracy Gergi<br>c/o Diana Taylor, Attorney<br>S.T. LEGAL GROUP<br>1020 Milwaukee Avenue, Unit 335<br>Deerfield, IL 60015 | From: | Chicago District Office<br>230 S Dearborn Street<br>Chicago, IL 60604 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2021-04643 | Gregory Mucha,<br>Investigator | 312-872-9686 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

*Age Discrimination in Employment Act (ADEA):* You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS *of your receipt of this Notice.* Otherwise, your right to sue based on the above-numbered charge will be lost.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Julianne Bowman
8/26/2022

Julianne Bowman
District Director

Enclosures(s)

cc: WOODY BUICK GMC